IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH HACHEY, # 222872, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:16-CV-623-WKW |
| | ) |
| DEPUTY THOMAS POWELL, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

On August 3, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 4) is ADOPTED;

(2) This case is TRANSFERRED to the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this 13th day of September, 2016.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE